# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00139-CV

**In re Pamela Bosco**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the motion for emergency stay is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis and Crump

Filed: April 3, 2025